IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY WAYNE CHISMAN,

        Plaintiff,

  v.

COUNTY OF DEL NORTE, et al.,

        Defendants.
                              /

No. CV-08-4793 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** defendants' motion for summary judgment is hereby GRANTED in part and DENIED in part as follows:

    1. To the extent defendants seek summary judgment on the First, Second, Third, Fourth and Sixth Causes of Action, the motion is GRANTED.

    2. To the extent defendants seek summary judgment on the Fifth Cause of Action, the motion is DENIED, and the Fifth Cause of Action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

Dated: March 24, 2010                                        Richard W. Wieking, Clerk

                                                                         By: <u>Tracy Lucero</u>
                                                                              <u>Deputy Clerk</u>